UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLSIDE APARTMENTS, LLC, | No. 2:20-cv-00225-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| HEATHER L. POTTER, | |
| Defendant. | |

On January 30, 2020, defendant Heather L. Potter filed with this court a Notice of Removal of Sacramento County Superior Court Case No. 19UD05569. ECF No. 1.

A defendant must file a notice of removal within 30 days after the defendant receives a copy of the state court complaint or is served, whichever occurs first. 28 U.S.C. § 1446(b)(1). The burden of demonstrating compliance with this procedural requirement is on the removing defendant. *Riggs v. Plaid Pantries, Inc.*, 233 F. Supp. 2d 1260, 1264 (D. Ore. 2001).

Here, defendant's notice states, "On or about December 26, 2019, Plaintiff served on Defendant in accordance with California Laws, therefore time for Defendant to file notice of removal under 28 U.S.C. *1446(b) has not yet expired." Notice of Removal, ECF No. 1 at 2 (verbatim). The same Notice of Removal is dated 1/30/2020. *Id.* at 4.

Despite defendant's conclusion that her time to remove has not yet expired, these dates plainly show the opposite—the January 30, 2020 date of filing of the notice is more than

1

thirty days past the alleged date of service on December 26, 2019.  Therefore, the court remands the case to Sacramento County Superior Court for further proceedings.

        IT IS SO ORDERED.

DATED:  February 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE